IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Denied
7/28/15
Order
Only

------------------------------------

MARK ANTHONY ESTRADA,
PETITIONER

VS

THE STATE OF TEXAS

------------------------------------

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW UNTIL AFTER INSTITUTIONAL LOCKDOWN ENDS**

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

TO THE JUDGES OF THE HONORABLE COURT:

COMES NOW MARK ANTHONY ESTRADA, Petitioner in the above style and cause and files this motion to extend time to file Petitioner's Petition for Discretionary Review until after the Institutional Prison Lockdown ends and in support states the following:

I.

The Texas Court of Criminal Appeals granted Petitioner's first motion for extention of time to file the Petition for Discretionary Review, having been recieved in the prison mailroom on June 22,2015. This Court extended the the time to file the Petition and issued a due date of August 25,2015, stating that no further extensions will be entertained. On Moday July 20, 2015 the Petitioner's Prison Unit went on a Institutional Lockdown, which should last about (30) days. estimated. Thus, this lock down should end on or around August 20, 2015, leaving the Petitioner only (5)days left to prepare and file his Petition.

II.

During the Institutional Lockdown the Petitioner is prevented from going to the Prison Law Library wherein he can obtain essential and necessary legal information from law books and reference material all which are necessary to prepare a well documented Petition for Discretionary Review. Through no fault of his own, the Petitoner is confined to his cell 24/7 and is denied the use of law books within the prison law library and thus impeded from due dilligence efforts to prepare his Petition for Discretionary Review which constitutes as good cause for granting this Motion.

Petitioner asks this Court to extend the time of (30) days after the initial due date of August 25, 2015, to file his Petition.

1.

## PRAYER

Petitioner requests that this court grant this Motion for extention of time to file the Petition for Discretionary Review until after the Prison Institional Lockdown ends. Petitioner then Prays that this Court issue a new due date of September 18,2015 for which the Petition for Discretionary Review is due.

Respectfully submitted,

MARK ANTHONY ESTRADA

TDCJ#1568684
3001 SOUTH EMILY DRIVE
McCONNELL UNIT
BEEVILLE, TX. 78102

## CERTIFICATE OF SERVICE

I, Mark A. Estrada, do certify that a true copy of the above and forgoing Motion for Extention of Time to File a Petition For Discretionary Review was on this 21st day of July 2015 was mailed with first class postage pre-paid to : Clerk of the Texas Court of Criminal Appeals, P.O.BOX 12308, Capital Station , Austin, TX.78711.

MARK ANTHONY ESTRADA
TDCJ#1568684

July 21,2015

2.